ACCEPTED
14-14-00792
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 11:12:16 AM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS

FOURTEENTH JUDICIAL DISTRICT

AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 11:12:16 AM
CHRISTOPHER A. PRINE
Clerk

## NO. 14-14-00792-CV

### KHALED ALATTAR,

**Appellant**

**v.**

### KAY HOLDINGS, INC.,

**Appellee**

INTERLOCUTORY APPEAL OF RULING ON SPECIAL APPEARANCE
FROM THE 113TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2012-54501

**AGREED THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF UNTIL JUNE 17, 2015**

TO THE FOURTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee Kay Holdings, Inc. (hereinafter "Kay Holdings") files this Unopposed Motion to Extend Time to File Appellee's Brief, and would respectfully show the Court the following:

1. The Initial Deadline for filing Appellant's Brief was set by the Court for April 13, 2015.

2. As discussed and explained in the Agreed Motion to Extend Time for Filing Appellant's Brief in this Cause, Appellant, through no fault of its own, was unable to obtain the complete record in sufficient time to file its Brief.

3. After conferring with the undersigned, the Agreed Motion was filed on April 13, 2015 with the Court.

4. The Court granted Appellant's Motion and the time for filing was reset for May 4, 2015.

5. Appellant filed its Brief on May 1, 2015.

6. After reviewing Appellant's Brief with Kay Holdings, Appellee determined that it would require additional time to complete and file Appellee's Brief. Appellee's Unopposed Motion to Extend time was granted by this Honorable Court until Thursday June 11, 2015.

7. On Tuesday, June 9, 2015, Appellee received notice that the Supplemental Clerk's Record had been filed in this cause pursuant to this Honorable Court's Order dated May 12, 2015.

8. Appellee will need additional time to obtain the sealed record, download its contents, review its contents for possible changes to its Brief and file its Brief with a full review of the entire record.

9. Kay Holdings respectfully requests that the deadline for filing Appellee's brief be extended by four days to June 17, 2015 for the reasons set forth herein.

10. On June 9, Appellant Counsel advised the undersigned that upon reviewing the Clerk's Supplemental Record, and after discussion with this Court's Clerk, he would be filing an Amended Brief on Thursday, June 11 or Friday, June 12.

11. Appellant had, previous to advising the undersigned that he would be filing an Amended Brief to correct cites and other non-substantive matters, did not oppose an extension to file Appellee's Brief until Monday, June 15, 2015. The Motion was filed on June 9 to extend time for filing Appellee's Brief until Monday, June 15, 2015.

12. Appellant advised the undersigned on June 9, 2015, that he would be filing an Amended Brief to correct the Appellant Brief with the corrections set forth above. Following conference with Appellant Counsel, it was agreed that the undersigned could file an Agreed Motion to Extend Filing Appellee's Brief until Wednesday, June 17, 2015.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellee Kay Holdings, Inc. respectfully requests that this Court extend the deadline to file Appellee's brief to June 17, 2015.

Dated: June 12, 2015

Respectfully submitted,

s/ J. Randle Henderson

J. Randle Henderson

TBN 09424300

16506 F. M. 529, Suite 115-107

Houston, Texas 77095

Ph. 713 870.8358

Fx. 281.758.0545

*jrh@hendersonrandy.com*

Counsel to Kay Holdings, Inc.

## CERTIFICATE OF CONFERENCE

I certify that on June 12, 2015, I conferred with Mark Ritchie, counsel for Appellant, and that he is not opposed to the relief requested in this Motion.

s/ J. Randle Henderson

J. Randle Henderson